IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JUSTIN KADEEM KRUEL**                                                                         **PLAINTIFF**

V.                                    CASE NO. 5:24-CV-5016

**DETECTIVE JOSHUA SMITH,**
Rogers Police Department;
**NATHAN SMITH, Prosecuting Attorney,**
Benton County, Arkansas;
**BENTON COUNTY SHERIFF'S DEPARTMENT;**
**ASHLEY HALSEY;**
**JUDGE ROBIN GREENE;**
**JOHN DOE CORRECTIONS OFFICERS,**
Benton County Detention Center; and
**JOHN DOE DEPUTIES, Benton County Sheriff's Department**         **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 6) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** as follows:

- All claims against Defendant Nathan Smith are dismissed;

- All claims against Defendant Greene are dismissed;

- All claims against Defendant Halsey are dismissed;

- The claim against Defendant Joshua Smith is stayed and administratively terminated during the pendency of Kruel's state court criminal case; and

- All claims against Defendant Benton County Sheriff's Department are dismissed.

This recommendation leaves for later resolution Kruel's claims against the John Doe Officers and Deputies of the Benton County Detention Center based on the conditions under which Kruel was confined. By separate order, Kruel will be directed to file an Amended Complaint regarding these claims.

**IT IS SO ORDERED** on this 13th day of March, 2024.

                                             */s/ Timothy L. Brooks*
                                             TIMOTHY L. BROOKS
                                             UNITED STATES DISTRICT JUDGE