**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JUSTIN KADEEM KRUEL**                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 5:24-CV-5016**

**JOHN DOE CORRECTIONS OFFICERS,**
**Benton County Detention Center;**
**JOHN DOE DEPUTIES, Benton County Sheriff's Department;**
**and BENTON COUNTY**                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 13) filed in this case on June 24, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Court finds as follows on preservice screening of the Complaint:

(1) **All claims regarding Kruel not being furnished with counsel are dismissed;**

(2) **All claims against regarding the amount and type of bond are dismissed; and**

(3) **All claims based on violations of the speedy trial act and Kruel's unlawful detention are dismissed.**

This leaves for later resolution Kruel's claims against the John Doe Officers and Deputies of the Benton County Detention Center based on the conditions under which he

1

was confined and the alleged use of force, threats, and intimidation by the John Doe

Defendants.

       **IT IS SO ORDERED** on this 16th day of July, 2024.


                                   */s/ Timothy L. Brooks*          
                                   TIMOTHY L. BROOKS
                                   UNITED STATES DISTRICT JUDGE