IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JUSTIN KADEEM KRUEL**                                                                                    **PLAINTIFF**

V.                                    CASE NO. 5:24-CV-5016

**JOHN DOE CORRECTIONS OFFICERS,**
Benton County Detention Center (BCDC);
**JOHN DOE DEPUTIES,** Benton County Sheriff's Department;
**SHERIFF SHAWN HOLLOWAY,**
Benton County, Arkansas;
**TRINITY SERVICE GROUP, INC.,**
Food Service Contractor; **CAPTAIN HAROLD GAGE,** BCDC;
**LIEUTENANT WYATT BANTA,** BCDC;
**NATURAL STATE PEST CONTROL;**
**JACK COUCH,** Maintenance Supervisor BCDC;
**SERGEANT GREG HOBELMEN,** BCDC;
**DEPUTY MOORE,** BCDC; **DEPUTY WARD;**
and **LIEUTENANT ROSS**                                                                                  **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 29) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. It has been fourteen days, and no party filed objections to the R&R.

**IT IS ORDERED** that the R&R it is hereby **ADOPTED IN ITS ENTIRETY**. Pursuant to the provisions of 28 U.S.C. § 1915A, all claims regarding verbal abuse and threats are **DISMISSED**. This dismisses all claims against Defendants Ward, Moore, and Gage.

**IT IS FURTHER ORDERED** that all claims against Defendant Holloway are **DISMISSED**.

**IT IS FURTHER ORDERED** that all unconstitutional conditions of confinement claims except the claims regarding food service are **DISMISSED**. This dismisses all claims against Defendants Banta, Couch, Hobelman, and Natural State Pest Control.

Reserved for later resolution are Plaintiff's due process claim against Defendant Ross and the official capacity claim regarding food service against Trinity Service Group. The case should remain referred.

**IT IS SO ORDERED** on this 28th day of October, 2024.

>*/s/ Timothy L. Brooks*
>TIMOTHY L. BROOKS
>UNITED STATES DISTRICT JUDGE